**IN THE UNITED STATES DISTRICT COURT**
                             **FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**      \*

**v.**      \*      **Criminal No.  WDQ 13-0429**

      \*

**LAMIN MANNEH**

      \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SUPPRESS STATEMENTS

Defendant Lamin Manneh, by and through undersigned counsel, hereby moves this honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure to suppress any evidence seized in violation of his rights under the Fifth and Sixth Amendments to the United States Constitution, and as grounds, states the following:

1. Lamin Manneh is charged in a one count indictment with a violation of 18 U.S.C. § 1952(a).

2. The government's case in part on a statement taken by Mr. Manneh subject to a custodial interrogation.

3. The statement was also not made freely and voluntarily, and Mr. Manneh did not waive his rights under *Miranda v. Arizona*.

**WHEREFORE**, the defendant requests that this Court grant an Order of Suppression on the grounds outlined above, and in any potential supplemental memoranda and motions, and any other grounds that are developed at a hearing upon the motion.

Respectfully submitted,
JAMES WYDA
Federal Public Defender


  /s/
_____

Scott Carter-Eldred, #96811
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland   21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: scott_carter-eldred@fd.org